## David B. Crews, Appellee, v. Michael H. Cronk and Amy A. Cronk, Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Effingham county; the Hon. WILLIAM B. WRIGHT, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 5, 1918.

### Statement of the Case.

Bill by David B. Crews, complainant, against Michael H. Cronk and Amy A. Cronk, defendants, to foreclose a mortgage given to complainant's assignor. From a decree in favor of complainant, defendants appeal.

See also, *Cronk v. Thomas F. Lee Land Co., post,* p. 634, a related case.

G. F. TAYLOR and W. S. HOLMES, for appellants.

R. C. HARRAH and PAUL TAYLOR, for appellee.

MR. PRESIDING JUSTICE BOGGS delivered the opinion of the court.

### Abstract of the Decision.

MORTGAGES—*when defense that consideration of mortgage was based upon unfulfilled collateral agreement with vendor is unavailable.* On a bill to foreclose a mortgage given to secure the purchase price of certain lands purchased by defendants from complainant's assignor, defendants' contention that the consideration of the mortgage was based upon a collateral agreement with the vendor which the latter had failed to carry out is not available where the evidence shows that one of the defendants thereafter released and discharged the vendor from the obligations imposed by such collateral agreement.